

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2021

No. 04-21-00377-CV

Patrick **MINOR**,
Appellant

v.

**RED HOOK CAJUN SEA FOOD**,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI19625
Honorable Aaron Haas, Judge Presiding

# O R D E R

The reporter's record was due October 4, 2021. The court reporter did not file the record, but filed a notification of late record stating that appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing the record. Appellant filed a Statement of Inability to Afford Payment of Court Costs when he filed his suit in the trial court. No challenge to that statement was filed, and the trial court did not make any finding that Minor was able to afford any part of the costs. *See* TEX. R. CIV. P. 145(e)(1), (f)(2). An unchallenged Statement carries forward to the appeal. *See* TEX. R. APP. P. 20.1 and Notes. No motion to require payment of costs was filed after the notice of appeal was filed. We therefore **order** court reporter Mary Beth Sasala to file the Reporter's Record by **October 29, 2021.**

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of October, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court